UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABOLFAZL YOUSEFI RAMANDI, et al., | Case No. 5:26-cv-00072-PA-SSC |
| Petitioners, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| FERETI SEMEIA, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636 the Court has reviewed the complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and the objections to the Report and Recommendation.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that judgment be entered denying the petition without prejudice.

DATED: June 11, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE