UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABOLFAZL YOUSEFI RAMANDI, et al., | Case No. 5:26-cv-00072-PA-SSC |
| Petitioners, | **JUDGMENT** |
| v. | |
| FERETI SEMEIA, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied without prejudice.

DATED:  June 11, 2026

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE